District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAHA N. ALABADI, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THUY LINH TRAN, *et al.*,<br><br>　　　　Defendants. | No. 2:23-cv-921-TL<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>July 27, 2023 |

　　　Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their N-400s, Applications for Naturalization. Defendants' response to the complaint is due on August 22, 2023. The parties are currently working diligently towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until October 23, 2023.

　　　Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiffs' naturalization interviews for August 22, 2023 – the same day that Defendants' response to the Complaint is due in this litigation. Interviews are required for the processing of their naturalization applications. Once the interviews are conducted, USCIS can continue processing Plaintiffs' N-400s.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until October 23, 2023. The parties will submit a joint status report on or before October 23, 2023.

Dated: July 27, 2023

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 *s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov

*I certify that this memorandum contains 237 words, in compliance with the Local Civil Rules.*

*Attorneys for Defendants*

OPEN SKY LAW, PLLC

*s/Devin T Theriot-Orr*
DEVIN T. THERIOT-ORR, WSBA#33995
20415 72ND Avenue S., Ste. 110
Kent, Washington 98032
Phone: 206-962-5052
Email: devin@opensky.law
*Attorneys for Plaintiffs*

STIPULATED MOTION FOR ABEYANCE - 2
 (23-cv-921-TL)

**[PROPOSED] ORDER**

The case is held in abeyance until October 23, 2023.  The parties shall submit a joint status report on or before October 23, 2023.  It is so **ORDERED**.

DATED this 27th day of July, 2023.

Tana Lin
United States District Judge